# NOS. 12-10-00347-CR
# 12-10-00354-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *MISTI GENE YOUNGBLOOM,*<br>*APPELLANT* | § | *APPEAL FROM THE 114TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT OF* |
| *THE STATE OF TEXAS,*<br>*APPELLEE* | § | *SMITH COUNTY, TEXAS* |

---

### *MEMORANDUM OPINION*
### *PER CURIAM*

Appellant has filed a motion to dismiss these appeals, and counsel has filed a motion to withdraw. No decision has been delivered in these appeals. Accordingly, Appellant's motion to dismiss is **granted**, counsel's motion to withdraw is **granted**, and the appeals are **dismissed**. *See* TEX. R. APP. P. 42.2(a).

Opinion delivered February 16, 2011.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(DO NOT PUBLISH)